# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2024

**VIA ECF**

Honorable Judge Jessica G.L. Clarke
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   <u>United States v. Luis Simeoli Rodriguez</u>
      23 CR 646

Honorable Judge Clarke:

    I am the attorney representing Luis Simeoli Rodriguez in the above-referenced matter and am writing to request an adjournment of Mr. Simeoli's upcoming sentencing proceeding, currently scheduled for December 4, 2024. Mr. Simeoli's sentencing submission is due today, however, the defense is still obtaining documentation that will allow us to effectively represent Mr. Simeoli at sentencing.

    Given the holidays and the parties' hearing and trial schedules, the defense is requesting an adjournment of 60 days or later. I have consulted with AUSA Fletcher and she has no objection to this adjournment request. Thank you for your consideration of this request.

Application GRANTED. The sentencing scheduled for December 4, 2024 is ADJOURNED to February 3, 2025 at 12:00 p.m. in Courtroom 11B located at 500 Pearl Street, New York, New York. The Clerk of Court is directed to terminate the letter motion at ECF No. 46.

Respectfully submitted,

Marisa K. Cabrera
Assistant Federal Defender
(212) 417-8730

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: November 15, 2024
       New York, New York

cc:   AUSA Camille Fletcher